UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:16-cv-11556-LTS

GSNRH, LLC
*Plaintiff,*

v.

SENTINEL INSURANCE COMPANY, Ltd.
*Defendants*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Stipulation of Dismissal (CM/ECF No. 34) filed by the parties on January 5, 2018, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

January 8, 2018